JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU MINH TRAN,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-02364-KK (AYP)<br><br>JUDGMENT |

It is hereby adjudged that the Petition for Writ of Habeas Corpus is granted consistent with the reasons and findings set forth in the Court's Order Granting the Petition for Writ of Habeas Corpus (Dkt. No. 14), and Respondents are (1) ordered to immediately release Petitioner Chau Minh Tran (A# 027-393-066) from their custody under the same conditions as his most recent Order of Supervision; (2) ordered to return any confiscated property and documents to Petitioner upon his release; (3) enjoined from re-detaining Petitioner pursuant to 8 U.S.C. § 1231(a)(6) unless Respondents obtain travel documents for his removal and timely follow the procedures required under 8 C.F.R. §§ 241.13 and 241.4; and (4) ordered to file a status report regarding their compliance with the Court's Order no later than three (3) court days of Petitioner's release. (JS-6)

Dated: July 1, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge